IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT HUACUJA., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 16-1285-LPS |
| ) | |
| v. ) | |
| ) | |
| CHASE BANK USA, N.A., TRANS UNION, LLC ) | |
| and EQUIFAX INFORMATION SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT NOTICE OF SETTLEMENT

Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Robert Huacuja hereby notify the Court that Plaintiff and Equifax have reached a settlement in principal in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before March 16, 2016. Equifax requests excusal from future appearance and filing requirements. The parties request that the Court retain jurisdiction for any matters related to completing the settlement.

Dated: February 16, 2017

/s/ Antranig Garibian (with consent)
Antranig Garibian (No. 4962)
Garibian Law Offices, P.C.
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 722-6885

Attorneys for Plaintiff, Travis Garrett

/s/ Karen M. Grivner
Karen M. Grivner (No. 4372)
Clark Hill PLC
824 N. Market Street, Suite 710
Wilmington, DE 19801
Phone: 302.250.4749
Fax: 302.421.9439
Email: kgrivner@clarkhill.com
Attorneys for Defendant Equifax Information Services LLC

205475197