**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| ROBERT HUACUJA,<br>    Plaintiff,<br><br>    vs.<br><br>CHASE BANK USA, N.A.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC;<br>    Defendants. | CASE NO. 1:16-cv-01285-LPS |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

---

Plaintiff Robert Huacuja ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

|   |   |
|---|---|
| | **GARIBIAN LAW OFFICES, P.C.** |
| Date:   March 15, 2017 | */s/Antranig N. Garibian*<br>Antranig N. Garibian (#4962)<br>1010 Bancroft Parkway, Suite 22<br>Wilmington, DE  19805<br>Telephone:  (302) 722-6885<br>E-Mail:  ag@garibianlaw.com<br>*Counsel for Plaintiff Robert Huacuja* |
| Date:  March 16, 2017 | **COOCH AND TAYLOR, P.A.**<br><br>*/s/Blake A. Bennett*<br>Blake A. Bennett (#5133)<br>The Brandywine Building<br>1000 West Street, 10th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 984-3800<br>E-Mail:  bbennett@coochtaylor.com<br>*Counsel for Defendant Trans Union, LLC* |

Debra A. Miller, Esq. (IN #27254-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  dmiller@schuckitlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **16th day of March, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Antranig N. Garibian, Esquire<br>ag@garibianlaw.com | Regina S.E. Murphy, Esquire<br>regina.murphy@btlaw.com |
|---|---|
| Karen M. Grivner, Esquire<br>kgrivner@clarkhill.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **16th day of March, 2017**, properly addressed as follows:

| None. | |
|---|---|

 

        */s/Blake A. Bennett*
        Blake A. Bennett (#5133)